IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHAUN C. ALLEN                                                                                                PLAINTIFF

v.                                           4:14CV000481-JM-JTK

JOHN STALEY, et al.                                                                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney regarding a partial disposition of this case. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts the proposed findings and recommendations in their entirety. The Court has also reviewed Plaintiff's motion to amend his complaint for a second time [Docket No. 12], and has determined that the proposed complaint would not change the Court's ruling. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Amend [Docket No. 12] is denied, and Defendant Lonoke County is DISMISSED from this action, without prejudice.

IT IS SO ORDERED this 9th day of October, 2014.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE