**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

SHAUN C. ALLEN                                                                                              PLAINTIFF

v.                                              4:14CV00481-JM-JTK

JOHN STALEY, et al.                                                                                       DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Order, which this Court construes as a Motion for Preliminary Injunction (Doc. No. 52), is DENIED.

IT IS SO ORDERED this 5th day of March, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE