# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHAUN C. ALLEN                                                                PLAINTIFF

v.                                      4:14CV00481-JM-JTK

JOHN STALEY, et al.                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that

1. Plaintiff's Motion and Supplemental Motion for Summary Judgment (Doc. Nos. 69, 73) are DENIED.

2. Defendants' Motion for Summary Judgment (Doc. No. 75) is GRANTED.

3. Plaintiff's complaint against Defendants Staley, Bufford, Dallas, and Grigsby is DISMISSED with prejudice.

4. Plaintiff's complaint against John Does is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 29th day of June, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE